UNITED STATES of America,
Plaintiff–Appellee,

v.

James LeMarc BYRD, also known
as Mark Byrd, Defendant–
Appellant.

No. 05–11021
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 6, 2006.

Susan B. Cowger, Jordan Andrew Konig, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

Sam L. Ogan, Assistant Federal Public Defender, Federal Public Defender's Office Northern District of Texas, Dallas, TX, Jerry V. Beard, Assistant Federal

Public Defender, Federal Public Defender's, Office Northern District of Texas, Lubbock, TX, for Defendant–Appellant.

Before REAVLEY, STEWART, and CLEMENT, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, James LeMarc Byrd raises arguments that are foreclosed by *United States v. Daugherty,* 264 F.3d 513, 518 (5th Cir. 2001), which rejected a Commerce Clause challenge to the felon-in-possession-of-a-firearm statute, 18 U.S.C. § 922(g). The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.